# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 24, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132581

PM INNSBROOK, L.L.C., and RH
INNSBROOK, L.L.C.,
      Plaintiffs-Appellants,

v

SC: 132581
COA: 268796
Wayne CC: 05-534292-CZ

INNSBROOK ASSOCIATES LIMITED
PARTNERSHIP, INNSBROOK G.P., L.L.C.,
and ROSS H. PARTRICH,
      Defendants-Appellees.

_____/

      On order of the Court, the application for leave to appeal the October 17, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 24, 2007

_____
Clerk

d0416